**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RENETRICE R. PIERRE, individually and on behalf of others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | No. 16 C 2895 |
| v. | ) ) | Judge Leinenweber |
| MIDLAND CREDIT MANAGEMENT, INC., a Kansas corporation, | ) ) ) | Magistrate Valdez |
| Defendant. | ) ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY
SUPPORTING SECOND MOTION FOR CLASS CERTIFICATION**

Plaintiff Renetrice R. Pierre ("Plaintiff"), by her attorneys, Markoff Leinberger LLC, moves this Court for leave to file a reply in support of her second motion for class certification [DE 31] as follows:

1.     On December 7, 2016, Plaintiff filed her second motion for class certification ("Motion"). [DE 31].

2.     Also on December 7, 2016, this Court ordered Defendant Midland Credit Management, Inc. ("Defendant") to respond to the Motion by January 6, 2017 and Plaintiff to reply by January 13, 2017. [DE 33].

3.     On January 18, 2017, pursuant to Defendant's motion for extension, this Court ordered Defendant to respond to the Motion by February 6, 2017 and Plaintiff to reply by February 13, 2017. [DE 36].

4.     On January 31, 2017, pursuant to Defendant's second motion for extension, this Court ordered Defendant to respond to the Motion by February 16, 2017 but did not set reset Plaintiff's reply deadline. [DE 43].

5. On February 28, 2017, this Court granted Defendant's motion to file a brief in excess of 15 pages. [DE 49].

6. Defendant had previously filed its enlarged response but has not filed a response since this Court's grant of leave to do so. Plaintiff is unsure if Defendant intends to file a response since leave has been granted but now assumes the original response will stand.

7. In any event, Defendant filed its response (on February 16, 2017) after the deadline for Plaintiff's reply passed (February 13, 2017) pursuant to the original extension Order [DE 36] and leave to file the response was not granted until February 28, 2017. [DE 49].

8. Because a new reply date was not set, Plaintiff now seeks leave to file a reply in support of her Motion by March 21, 2017, the date currently set for a class certification ruling. [DE 36].

**WHEREFORE**, Plaintiff Renetrice R. Pierre requests that this Court grant her leave to file a reply in support of her Second Motion for Class Certification by March 21, 2017.

RENETRICE R. PIERRE, Plaintiff,

By: /s Paul F. Markoff
   One of Plaintiffs' Attorneys

Paul F. Markoff
Karl G. Leinberger
Markoff Leinberger LLC
134 N LaSalle St Ste 1050
Chicago IL 60602
312.726.4162 (p)
312.674.7272 (f)
paul@markleinlaw.com

**<u>CERTIFICATE OF SERVICE</u>**

I certify that I served a copy of this *Plaintiff's Motion for Leave to File Reply Supporting Second Motion for Class Certification* on the following electronically by using the CM/ECF system on this 8th day of March, 2017:


David M. Schultz (<u>dschultz@hinshawlaw.com</u>)
Todd P. Stelter (<u>tstelter@hinshawlaw.com</u>)
Hinshaw & Culbertson LLP
222 N LaSalle St Ste 300
Chicago IL 60601


<u>/s Paul F. Markoff</u>