ILND 450 (Rev. 10/13) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
### NORTHERN DISTRICT OF ILLINOIS

Renetrice Pierre, Individually and on Behalf of
Others Similarly Situated,

Plaintiff(s),

v.

Midland Credit Management, Inc.,

Defendant(s).

Case No.  16cv2895
Judge  Harry D. Leinenweber

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) Renetrice Pierre and a class of others similarly situated
and against defendant(s) Midland Credit Management, Inc.
in the amount of $350,07.27 ,

which ☐ includes        pre–judgment interest.
☒ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☒ tried by a jury with Judge Harry D. Leinenweber presiding, and the jury has rendered a verdict.
☐ tried by Judge Harry D. Leinenweber without a jury and the above decision was reached.
☐ decided by Judge Harry D. Leinenweber on a motion.

Date:  9/10/2019

Thomas G. Bruton, Clerk of Court

Melanie A. Foster, Deputy Clerk