# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Renetrice Pierre, Individually and on Behalf of
Others Similarly Situated,

Plaintiff(s),

v.

Midland Credit Management, Inc.,

Defendant(s).

Case No. 16cv2895
Judge Harry D. Leinenweber

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) Renetrice Pierre and a class of others similarly situated
and against defendant(s)
in the amount of $7.27 and 350,000 ,

which ☐ includes pre–judgment interest.
☒ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: On 9/10/2019, the jury returned a damages verdict on Count I of $7.27 for Pierre individually, and $350,000 for the class collectively. Count II was dismissed with prejudice pursuant to settlement on 9/9/19.

This action was *(check one)*:

☒ tried by a jury with Judge Harry D. Leinenweber presiding, and the jury has rendered a verdict.
☐ tried by Judge Harry D. Leinenweber without a jury and the above decision was reached.
☐ decided by Judge Harry D. Leinenweber on a motion.

Date: 9/23/2019                                     Thomas G. Bruton, Clerk of Court

Melanie A. Foster, Deputy Clerk